

We fully agree with the conclusion reached by the Circuit Court of Appeals for the Second Circuit that the interjection of the statement and recommendation of the "advisory panel" into the proceedings of the local boards vitiated those proceedings and rendered the relators' reclassification and induction invalid. The reasons for this conclusion are stated in Judge Learned Hand's opinion in the cited case with such clarity and force as to require no amplification by us.

Accordingly in each case the order of the district court is reversed and the cause is remanded to that court with directions to discharge the relator from military custody, without prejudice to further lawful proceedings under the Selective Service Act in his case.

**PER CURIAM.**

In these three cases the district court denied the petitioners' applications for writs of habeas corpus. The applications allege facts similar to those disclosed in the case of United States ex rel. Samuels v. Pearson, Post Commanding Officer, Fort Dix, New Jersey, 3 Cir., 151 F.2d 801. For the reasons given in our opinion in that case it is clear that the facts alleged in these applications entitle the petitioners to the issuance of writs and hearings thereon.

Accordingly in each case the order of the district court is reversed and the cause is remanded to that court with directions to award a writ of habeas corpus as prayed for.

In the Matter of the Application of Isidore J. MAGASIS for Writ of Habeas Corpus, Isidore J. Magasis, Appellant.

In the Matter of the Application of Nettie COHEN for Writ of Habeas Corpus, Nettie Cohen, Appellant.

In the Matter of the Application of Bertha ZIMBERG for Writ of Habeas Corpus, Bertha Zimberg, Appellant.

Nos. 8983–8985.

Circuit Court of Appeals, Third Circuit.

Argued Nov. 9, 1945.

Decided Nov. 15, 1945.

Meyer Kreeger, of New York City (George M. Eichler, of Jersey City, N. J., on the brief), for appellants.

Grover C. Richman, Jr., of Camden, N. J. (Edgar H. Rossbach, U. S. Atty., of Newark, N. J., on the brief), for appellee.

Before MARIS, GOODRICH, and O'CONNELL, Circuit Judges.

**STATE OF NEW YORK v. GEBHARDT et al.**

**No. 45.**

Circuit Court of Appeals, Second Circuit.

Nov. 5, 1945.

